## 31401. WILLIAMS v. WILLIAMS.

PER CURIAM.

This appeal by the former husband is from a summary judgment rendered against him that increased child support payments for each of the three children in the amount of $25 per month, ordered payment of past-due child support payments, and awarded attorney fees to the former wife.

A review of the record reveals no error.

*Judgment affirmed. All the Justices concur.*

ARGUED SEPTEMBER 20, 1976 — DECIDED DECEMBER 1, 1976 — REHEARING DENIED DECEMBER 14, 1976.

*J. Timothy Lawler,* for appellant.
*Michael N. Mantegna,* for appellee.

ON MOTION FOR REHEARING.

By way of motion for rehearing, the appellant has moved this court to re-hear this matter insofar as it applies to a summary judgment holding that appellant is forever barred from seeking modification of his child support and alimony obligations.

The judgments of the trial court and this court in this case are not to be construed as barring appellant from hereafter seeking modification of his child support obligation imposed in this case or in his previous divorce case.

The original opinion of this court being so modified, the motion for rehearing is denied.
*Motion for rehearing denied.*